UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:14-cv-2231-SVW (DTBx) | Date | February 17, 2015 |
|---|---|---|---|
| Title | Ismet Okyay Camlibel v. Cathy Lee Pattiz | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING Case WITH PREJUDICE

On November 10, 2014, this Court dismissed without prejudice Plaintiff's claim for lack of jurisdiction. (Dkt. 6.) Because Plaintiff failed to file an amended complaint, on January 13, 2015, the Court acted on its own motion and ordered Plaintiff to show cause why the case should not be dismissed for lack of prosecution. (Dkt. 9.) On January 26, 2015, Plaintiff filed a response to the Court's order. (Dkt. 10.)

The Court considered Plaintiff's response and finds that Plaintiff fails to show why the case should not be dismissed for lack of prosecution. For the foregoing reasons, the Court acting on its own motion DISMISSES WITH PREJUDICE Plaintiff's claim.

|  | : |
|---|---|
| Initials of Preparer | PMC |